JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA—EASTERN DIVISION

| | |
|---|---|
| PATRICIA MASON, an Individual; and DONALD MASON, an Individual, | **Case No.: 5:14-cv-01357-VAP-DTB** |
| Plaintiffs, | **COURT ORDER AS TO PARTIES' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| BMW FINANCIAL SERVICES NA, a limited liability company; PATRICK K. WILLIS COMPANY, an incorporated entity; and DOES 1-50, | |
| Defendants. | |

## ORDER AS TO MOTION TO DISMISS

The parties' Joint Stipulation for Dismissal of Entire Action With Prejudice is approved, and all future hearing dates and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Dated: 1/12/15

_____
JUDGE
UNITED STATES DISTRICT COURT

1